**FILED**

**FEBRUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NYCOMED GmbH and WYETH | CIVIL ACTION NO. _____ |
| Plaintiffs, | **08 C 827** |
| v. | |
| APOTEX Inc. and APOTEX Corp. | |
| Defendants. | **JUDGE SHADUR** |
| | **MAGISTRATE JUDGE NOLAN** |

<u>NOTICE OF CLAIMS INVOLVING PATENTS</u>

Pursuant to Local Rule LR3.4, the Plaintiffs hereby give notice that the complaint includes claims for patent infringement and further provide the information required by 35 U.S.C. § 290.  The names and addresses of the parties are (1) Nycomed GmbH, Byk-Gulden-Strasse 2, 78467 Konstanz, Germany, (2) Wyeth, 5 Giralda Farms, Madison, New Jersey 07940, (3) Apotex Inc., 380 Elgin Mills Road East, Richmond Hill, Ontario, Canada L4C 5H2, and (4) Apotex Corp., 2400 North Commerce Parkway, Suite 400, Weston, Florida 33326.  The patent is U.S. Patent No. 6,780,881 B2.  The inventors on the patent are Rudolf Linder and Rango Dietrich.

Dated:  February 7, 2008                    _____/s/ Ericka K. Foster_____

Ericka K. Foster (6283941)
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive, 30th floor
Chicago, IL 60606
Phone:  (312) 499-6000
Facsimile:  (312) 499-6100
erickafoster@paulhastings.com

Joseph M. O'Malley, Jr. *(Pro Hac Pending)*
josephomalley@paulhastings.com
Bruce M. Wexler *(Pro Hac Pending)*
brucewexler@paulhastings.com
Eric W. Dittmann *(Pro Hac Pending)*
ericdittmann@paulhastings.com
Isaac S. Ashkenazi  *(Pro Hac Pending)*
isaacashkenazi@paulhastings.com
William D. Young  *(Pro Hac Pending)*
billyoung@paulhastings.com
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, New York 10022
Phone:  (212) 318-6000
Facsimile:  (212) 319-4090

*Attorneys for Plaintiffs*
*Nycomed GmbH and Wyeth*