**FILED**
**FEBRUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**08 C 827**

| | |
|---|---|
| NYCOMED GmbH and WYETH<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX Inc. and APOTEX Corp.<br><br>Defendants. | CIVIL ACTION NO. _____<br><br><br><br><br><br>**JUDGE SHADUR**<br>**MAGISTRATE JUDGE NOLAN** |

### LOCAL RULE LR3.2 NOTIFICATION AS TO AFFILIATES

Pursuant to Local Rule LR3.2, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Nycomed GmbH and Wyeth, each of which is a non-governmental corporate party, certifies that (1) Nycomed GmbH is a wholly owned subsidiary of Nycomed Germany Holding GmbH, which is a wholly owned subsidiary of Nycomed Danmark ApS, and there is no public entity that owns more than 5% of Nycomed Danmark ApS, and (2) there is no public entity that owns more than 5% of Wyeth.

Dated: February 7, 2008

/s/Ericka K. Foster

Ericka K. Foster (6283941)
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive, 30th floor
Chicago, IL 60606
Phone: (312) 499-6000
Facsimile: (312) 499-6100
erickafoster@paulhastings.com

Joseph M. O'Malley, Jr. (*Pro Hac Pending*)

josephomalley@paulhastings.com
Bruce M. Wexler *(Pro Hac Pending)*
brucewexler@paulhastings.com
Eric W. Dittmann *(Pro Hac Pending)*
ericdittmann@paulhastings.com
Isaac S. Ashkenazi *(Pro Hac Pending)*
isaacashkenazi@paulhastings.com
William D. Young *(Pro Hac Pending)*
billyoung@paulhastings.com
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, New York 10022
Phone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Plaintiffs
Nycomed GmbH and Wyeth*