AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NYCOMED GmbH and WYETH

        Plaintiffs,

    V.

APOTEX Inc. and APOTEX Corp.

        Defendants.

CASE NUMBER: 08 C 827

ASSIGNED JUDGE: Milton I. Shadur

DESIGNATED MAGISTRATE JUDGE: Nan R. Nolan

TO: (Name and address of Defendant)

Apotex, Inc. and Apotex Corp.
William Rakoczy
6 West Hubbard St., Suite 500
Chicago, IL 60610
(312) 527-2157

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ericka K. Foster
Paul Hastings Janofsky & Walker
191 N. Wacker Drive, Thirtieth Floor
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

KRISTEN COPPOLETTA
(By) DEPUTY CLERK

FEB 07 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 02.11.08 |
| NAME OF SERVER (PRINT) Jim Joyce | TITLE Process Server |

Check one box below to indicate appropriate method of service

- ☐ Served personally upon the defendant. Place where served: Apotex, Inc., Apotex Corp., R.A. William Rakoczy Rakoczy, Molino, Mazzochi, Siwik LLP 6 W. Hubbard St., Ste. 500 Chicago, IL 60610

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 8 MI | Process Service | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02.11.08
                Date                    Signature of Server

6034 W. Irving Park Rd., Chicago, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.