UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NYCOMED GmbH and WYETH, | ) |
| Plaintiffs, | ) Civil Action No. 1:08-00827 |
| v. | ) Judge Ronald A. Guzman |
| APOTEX INC. and APOTEX CORP., | ) Magistrate Judge Nan R. Nolan |
| Defendants. | ) |

### STIPULATED EXTENSION OF DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

Counsel for the parties have met and conferred and hereby stipulate to an extension of the deadline for defendants Apotex Inc. and Apotex Corp. to answer or otherwise plead in response to plaintiffs' Complaint on or before April 1, 2008.

[SIGNATURE PAGE IMMEDIATELY FOLLOWS ON NEXT PAGE]

-2-

Dated: February 27, 2008                Respectfully submitted,

                                        /s/ William A. Rakoczy
                                        William A. Rakoczy
                                        Paul J. Molino
                                        Deanne M. Mazzochi
                                        RAKOCZY MOLINO MAZZOCHI LLP
                                        6 West Hubbard Street, Suite 500
                                        Chicago, Illinois 60610

                                        ATTORNEYS FOR DEFENDANTS
                                        APOTEX INC. AND APOTEX CORP.


Dated: February 27, 2008                /s/ Joseph M. O'Malley
                                        Joseph M. O'Malley
                                        PAUL HASTINGS JANOFSKY & WALKER LLP
                                        75 East 55th Street
                                        New York, NY 10022
                                        (212) 318-6000

                                        ATTORNEYS FOR PLAINTIFFS
                                        NYCOMED GMBH AND WYETH