**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:08-cv-00827 |
|---|---|
| Nycomed GmbH and Wyeth v. Apotex Inc. and Apotex Corp. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Apotex Inc. and Apotex Corp.

| NAME (Type or print) |
|---|
| William A. Rakoczy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ William A. Rakoczy |
| FIRM |
| Rakoczy Molino Mazzochi Siwik LLP |
| STREET ADDRESS |
| 6 West Hubbard Street, Suite 500 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6230093 | 312-222-6301 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

   I, William A. Rakoczy, an attorney, hereby certify that on this 21st day of March, 2008, a true and correct copy of the attached Attorney Appearance Form (for William A. Rakoczy) was filed and served by the Court's Electronic Case Filing (ECF) system and served by Email to:

| | |
|---|---|
| Ericka M. Foster | Joseph M. O'Malley, Jr. |
| erickafoster@paulhastings.com | josephomalley@paulhastings.com |
| Paul, Hastings, Janofsky & Walker LLP | Bruce M. Wexler |
| 191 North Wacker Drive, 30th Floor | brucewexler@paulhastings.com |
| Chicago, Illinois 60606 | Eric W. Dittmann |
| (312) 499-6000 | ericdittmann@paulhastings.com |
| | Isaac Ashkenazi |
| | isaacashkenazi@paulhastings.com |
| | William D. Young |
| | billyoung@paulhastings.com |
| | Paul, Hastings, Janofsky & Walker LLP |
| | 75 East 55th Street |
| | New York, New York 10022 |
| | (212) 318-6000 |
| | josephomalley@paulhastings.com |

        */s/ William A. Rakoczy*
      William A. Rakoczy  (#6230093)
      Rakoczy Molino Mazzochi Siwik LLP
      6 West Hubbard Street, Suit 500
      Chicago, Illinois 60610
      Telephone: (312) 222-6301
      Facsimile: (312) 222-6321
      wrakoczy@rmmslegal.com