# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NYCOMED GmbH and WYETH, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 1:08-00827 (RAG) |
| | ) |
| v. | ) Judge Ronald A. Guzman |
| | ) |
| APOTEX INC. and APOTEX CORP., | ) Magistrate Judge Nan R. Nolan |
| | ) |
| Defendants. | ) **FILED ELECTRONICALLY** |
| | ) |

### DEFENDANTS APOTEX INC.'S AND APOTEX CORP.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex") hereby respectfully move this Court, pursuant to Federal Rule of Civil Procedure 6(b), for an extension of time until April 1, 2008, to answer or otherwise respond to the Complaint of Plaintiffs Nycomed GmbH and Wyeth (collectively, "Plaintiffs"). Plaintiffs have agreed to this request. In support of this Motion, Apotex states as follows:

1.　Plaintiffs contend that Apotex was served with the Complaint on February 11, 2008. Accordingly, an answer or response to the Complaint was allegedly due on or before March 3, 2008.

2.　Prior to March 3, 2008, counsel for the parties conferred, and counsel for Plaintiffs did not oppose Apotex's request for a brief extension until April 1, 2008, to answer or otherwise respond to the Complaint.

3.　The parties' position with respect to the filing deadline of Apotex's answer or response to the Complaint was memorialized in a stipulation executed by counsel on February

27, 2008, and submitted to the Court via Electronic Case Filing on February 28, 2008. (*See* D.E. 16).

4. Pursuant to the Court's Order of March 21, 2008 (D.E. 17), Apotex hereby submits an Unopposed Motion reflecting the parties' position with respect to the filing deadline of Apotex's answer or response to the Complaint.

5. This Motion is not made for purposes of delay, but in good faith, as Apotex requires additional time to adequately and thoroughly analyze the allegations in the Complaint to permit it to appropriately answer or otherwise respond thereto.

WHEREFORE, Defendants respectfully request that the Court enter an Order permitting Apotex through and including April 1, 2008, to answer or otherwise respond to the Complaint.

Dated: March 24, 2008.

Respectfully submitted,

APOTEX INC. AND APOTEX CORP.

By: _____
William A. Rakoczy (#6230093)
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
Telephone: (312) 222-6301
Facsimile: (312) 222-6321

*Attorney for Defendants
Apotex Inc. and Apotex Corp.*

## **CERTIFICATE OF SERVICE**

I, William A. Rakoczy, an attorney, hereby certify that on this 24th day of March, 2008, a true and correct copy of the foregoing Defendants Apotex Inc.'s and Apotex Corp.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint was filed by the Court's Electronic Case Filing (ECF) system and served as follows to counsel for Plaintiffs:

*via Electronic Filing (ECF) and E-mail:*

Ericka M. Foster
erickafoster@paulhastings.com
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000

*via FedEx® (overnight delivery) and E-mail:*

Joseph M. O'Malley, Jr.
josephomalley@paulhastings.com
Bruce M. Wexler
brucewexler@paulhastings.com
Eric W. Dittmann
ericdittmann@paulhastings.com
Isaac Ashkenazi
isaacashkenazi@paulhastings.com
William D. Young
billyoung@paulhastings.com
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, New York 10022
Telephone: (212) 318-6000

                                                */s/ William A. Rakoczy*
                                       William A. Rakoczy  (#6230093)
                                       Rakoczy Molino Mazzochi Siwik LLP
                                       6 West Hubbard Street, Suite 500
                                       Chicago, Illinois 60610
                                       Telephone: (312) 222-6301
                                       Facsimile: (312) 222-6321
                                       wrakoczy@rmmslegal.com