# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NYCOMED GmbH and WYETH, | ) |
| | ) Civil Action No. 1:08-00827 (RAG) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Judge Ronald A. Guzman |
| | ) |
| APOTEX INC. and APOTEX CORP., | ) Magistrate Judge Nan R. Nolan |
| | ) |
| Defendants. | ) **FILED ELECTRONICALLY** |
| | ) |

## NOTICE OF MOTION

To:   Joseph M. O'Malley, Jr.
       Bruce M. Wexler
       Eric W. Dittmann
       Isaac Ashkenazi
       William D. Young
       Paul, Hastings, Janofsky & Walker LLP
       75 East 55th Street
       New York, New York 10022
       (212) 318-6000

       Ericka M. Foster
       Paul, Hastings, Janofsky & Walker LLP
       191 North Wacker Drive, 30th Floor
       Chicago, Illinois 60606
       (312) 499-6000

       *Attorneys for Plaintiffs*

PLEASE TAKE NOTICE that on **Thursday, March 27, 2008**, at **9:30 a.m. (CT)** or as soon thereafter as counsel can be heard, we will present **Defendants Apotex Inc.'s and Apotex Corp.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint**, a copy of which is filed herewith, to the Honorable Judge Guzman, or any other

- 2 -

Judge sitting in his place at the United States Courthouse, Courtroom Number 1219, 219 South Dearborn Street, Chicago, Illinois 60604.

Dated: March 24, 2008

Respectfully submitted,

/s/ William A. Rakoczy
William A. Rakoczy (#6230093)
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
Telephone: (312) 222-6301
Facsimile: (312) 222-6321
wrakoczy@rmmslegal.com

*Attorney for Defendants Apotex Inc. and Apotex Corp.*

**CERTIFICATE OF SERVICE**

   I, William A. Rakoczy, an attorney, hereby certify that on this 24th day of March, 2008, a true and correct copy of the foregoing Notice of Motion was filed by the Court's Electronic Case Filing (ECF) system and served as follows to counsel for Plaintiffs:

*via Electronic Filing (ECF) and E-mail:*

Ericka M. Foster
erickafoster@paulhastings.com
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000

*via FedEx® (overnight delivery) and E-mail:*

Joseph M. O'Malley, Jr.
josephomalley@paulhastings.com
Bruce M. Wexler
brucewexler@paulhastings.com
Eric W. Dittmann
ericdittmann@paulhastings.com
Isaac Ashkenazi
isaacashkenazi@paulhastings.com
William D. Young
billyoung@paulhastings.com
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, New York 10022
Telephone: (212) 318-6000

                */s/ William A. Rakoczy*
                William A. Rakoczy (#6230093)
                Rakoczy Molino Mazzochi Siwik LLP
                6 West Hubbard Street, Suite 500
                Chicago, Illinois 60610
                Telephone: (312) 222-6301
                Facsimile: (312) 222-6321
                wrakoczy@rmmslegal.com