# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 1:08-cv-00827

Nycomed GmbH and Wyeth v. Apotex Inc. and Apotex Corp.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Apotex Inc. and Apotex Corp.

| |
|---|
| NAME (Type or print) <br> Paul J. Molino |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Paul J. Molino |
| FIRM <br> Rakoczy Molino Mazzochi Siwik LLP |
| STREET ADDRESS <br> 6 West Hubbard Street, Suite 500 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6207382 | TELEPHONE NUMBER <br> 312-222-6300 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I, Paul J. Molino, an attorney, hereby certify that on this 28th day of March, 2008, a true and correct copy of the attached Attorney Appearance Form (for Paul J. Molino) was filed and served by the Court's Electronic Case Filing (ECF) system and served by U.S. mail and Email to:

Ericka M. Foster
erickafoster@paulhastings.com
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
(312) 499-6000

Joseph M. O'Malley, Jr.
josephomalley@paulhastings.com
Bruce M. Wexler
brucewexler@paulhastings.com
Eric W. Dittmann
ericdittmann@paulhastings.com
Isaac Ashkenazi
isaacashkenazi@paulhastings.com
William D. Young
billyoung@paulhastings.com
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000
josephomalley@paulhastings.com


/s/ Paul J. Molino
Paul J. Molino  (#6207382)
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suit 500
Chicago, Illinois 60610
Telephone: (312) 222-6300
Facsimile: (312) 222-6320
paul@rmmslegal.com