UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NYCOMED GmbH and WYETH,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>Defendants. | Civil Action No. 1:08-00827 (RAG)<br><br>Judge Ronald A. Guzman<br><br>Magistrate Judge Nan R. Nolan<br><br>**FILED ELECTRONICALLY** |

## APOTEX INC.'S AND APOTEX CORP.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, Defendants Apotex Inc. and Apotex Corp. respectfully submit this corporate disclosure statement and notice of affiliates, as follows. Apotex Inc. is a wholly-owned subsidiary of Apotex Pharmaceutical Holdings, Inc. Apotex Corp. is a wholly-owned subsidiary of Aposherm, Inc. No publicly held corporation owns 5% or more of Apotex Inc. or Apotex Corp. or any of their affiliates.

Dated: April 1, 2008.

Respectfully submitted,

APOTEX INC. and APOTEX CORP.

By:  /s/ William A. Rakoczy
William A. Rakoczy (#6230093)
Paul J. Molino (#6207382)
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
Telephone: (312) 222-6301
Facsimile: (312) 222-6321

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

## CERTIFICATE OF SERVICE

I, William A. Rakoczy, an attorney, hereby certify that on this 1st day of April, 2008, a true and correct copy of the foregoing Apotex Inc.'s and Apotex Corp.'s Corporate Disclosure Statement was filed by the Court's Electronic Case Filing (ECF) system and served as follows to counsel for Plaintiffs:

*via Electronic Filing (ECF) and E-mail:*

Ericka M. Foster
erickafoster@paulhastings.com
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000

*via FedEx® (overnight delivery) and E-mail:*

Joseph M. O'Malley, Jr.
josephomalley@paulhastings.com
Bruce M. Wexler
brucewexler@paulhastings.com
Eric W. Dittmann
ericdittmann@paulhastings.com
Isaac Ashkenazi
isaacashkenazi@paulhastings.com
William D. Young
billyoung@paulhastings.com
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, New York 10022
Telephone: (212) 318-6000

        /s/ William A. Rakoczy
William A. Rakoczy (#6230093)
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
Telephone: (312) 222-6301
Facsimile: (312) 222-6321
wrakoczy@rmmslegal.com

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp.*