**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Nycomed GmbH, et al.
                    Plaintiff,

v.                                      Case No.: 1:08−cv−00827
                                            Honorable Ronald A. Guzman

Apotex Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 11, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Status hearing held on 4/11/2008. Court adopts proposed discovery schedule: Rule 26(a)(1) disclosures by 6/9/08. Fact discovery ordered closed by 4/30/2009. Amended Pleadings and joinder of parties by 10/30/2008. Expert discovery closes 12/8/09. Dispositive motions due by 1/9/2009. Status hearing set for 8/8/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.