UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NYCOMED GmbH and WYETH, | Civil Action No. 1:08-00827 (RAG) |
| Plaintiffs, | |
| v. | Judge Ronald A. Guzman |
| APOTEX INC. and APOTEX CORP., | Magistrate Judge Nan R. Nolan |
| Defendants. | **Filed Electronically** |

**NOTICE OF MOTION**

To:  William A. Rakoczy (6230093)
 Paul J. Molino (6207382)
 Rakoczy Molino Mazzochi Siwik LLP
 6 West Hubbard Street, Suit 500
 Chicago, Illinois 60610
 Telephone: (312) 222-6301

 *Attorneys for Defendants*

PLEASE TAKE NOTICE that on **Tuesday, June 3, 2008, at 9:30 a.m. (CT)** or as soon thereafter as counsel can be heard, we will present **Joint Motion to Withdraw Defendants' Jury Demand Without Prejudice,** a copy of which is filed herewith, to the Honorable Judge Guzman, or any other Judge sitting in his place at the United States Courthouse, Courtroom Number 1219, 219 South Dearborn Street, Chicago, Illinois, 60604.

|  |  |
|---|---|
| Dated: May 30, 2008 | /s/ James B. Coughlan<br>James B. Coughlan (6201004)<br>Paul, Hastings, Janofsky & Walker LLP<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606<br>Telephone: (312) 499-6000<br><br>Joseph M. O'Malley, Jr. *(admitted pro hac vice)*<br>Bruce M. Wexler *(admitted pro hac vice)*<br>Eric W. Dittmann *(admitted pro hac vice)*<br>Isaac S. Ashkenazi *(admitted pro hac vice)*<br>William D. Young *(admitted pro hac vice)*<br>Paul, Hastings, Janofsky & Walker LLP<br>75 East 55th Street<br>New York, New York 10022<br>Telephone: (212) 318-6000<br><br>Lawrence J. Gotts *(admitted pro hac vice)*<br>Aslan Baghdadi *(admitted pro hac vice)*<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 551-1700<br><br>*Attorneys for Plaintiffs*<br>*Nycomed GmbH and Wyeth* |

## CERTIFICATE OF SERVICE

     I, James B. Coughlan, an attorney, hereby certify that on this 30th day of May, 2008, a true and correct copy of the foregoing **Notice of Motion** was filed with the Court's Electronic Case Filing (ECF) system and served via that system to the counsel for Defendants:

  William A. Rakoczy (6230093)
  Paul J. Molino (6207382)
  Rakoczy Molino Mazzochi Siwik LLP
  6 West Hubbard Street, Suit 500
  Chicago, Illinois 60610
  Telephone:  (312) 222-6301

  *Attorneys for Defendants*


                                                          /s/  James B. Coughlan
                                                                  James B. Coughlan