**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Nycomed GmbH, et al.
                        Plaintiff,

v.                                                   Case No.: 1:08−cv−00827
                                                              Honorable Ronald A. Guzman

Apotex Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

       MINUTE entry before the Honorable Ronald A. Guzman: Status hearing set for 8/11/08 is reset to 8/25/2008 at 09:30 AM. on request of parties to accommodate settlement negotiations. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.